EXHIBIT A

| | |
|---|---|
| 1 | |
| 2 | RICHARD ALEXANDER, Cal. Bar #48432 |
| | JEFFREY W/ RICKARD, Cal. Bar #125180 |
| 3 | RYAN M. HAGAN, Cal Bar #200850 |
| | ALEXANDER, HAWES & AUDET, LLP |
| 4 | 152 North Third Street, Suite 600 |
| | San Jose, CA 95112 |
| 5 | Telephone: (408) 289-1776       E-FILED 8/11/2005 |
| | Facsimile: (408) 287-1776 |
| 6 | **Attorneys for Plaintiff(s)** |

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| DUANE HUGHES AND LAURA HUGHES, | ) ) ) | Case No.: C 03-01290 RMW |
| Plaintiffs, | ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS DUANE HUGHES AND LAURA HUGHES** |
| v. | ) ) | |
| OLIN CORPORATION, et al., | ) ) | |
| Defendants. | ) | |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Duane Hughes and Laura Hughes and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Duane

---

2055246.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Duane Hughes and Laura Hughes - 1**

Hughes and Laura Hughes as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: [signature]
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiffs Duane Hughes and Laura Hughes

HUSCH & EPPENBERGER, LLC

By: /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DUANE HUGHES AND LAURA HUGHES, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-01290 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS DUANE HUGHES AND LAURA HUGHES** |

THIS MATTER coming on the motion of Plaintiffs Duane Hughes and Laura Hughes and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Duane Hughes and Laura Hughes's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 11 2005

*Ronald M. Whyte* (signature)

2055246.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Duane Hughes and Laura Hughes - 3**